sion, Fourth Department. October 13, 1909.) Action by Nora Mahaney against Charles H. Tuttle and others. No opinion. Judgment affirmed, with costs.

MAIER et al., Appellants, v. BURGER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Matilda Maier and another against Louis G. Burger and Oscar J. Schumacher, as executors, etc., and others. No opinion. Judgment affirmed, with costs.

MAINTHOW, Respondent, v. MAINTHOW, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Minnie Mainthow against Harold Mainthow, sued as Harold P. Mainthow. No opinion. Order reversed, and motion denied, without costs. Order filed.

MAINTHOW, Respondent, v. MAINTHOW, Appellant (three cases). (Supreme Court, Appellate Division, First Department. June 25, 1909.) Actions by Minnie Mainthow against Harold Mainthow, sued as Harold P. Mainthow. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MAINTHOW v. MAINTHOW. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Minnie Mainthow against Harold Mainthow. No opinion. Motion for stay denied. Settle order on notice.

MAINTHOW, Respondent, v. MAINTHOW, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Minnie Mainthow against Harold Mainthow, sued, etc. L. Cohen, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MALONE, Respondent, v. FENIMORE KNITTING MILLS, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by James E. Malone against the Fenimore Knitting Mills. No opinion. Order affirmed on argument, with $10 costs and disbursements.

MALONE, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by John Malone against the Long Island Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

MANDEISKA, Respondent, v. GUNACHINSKI, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Mamie Mandeiska against Frank Gunachinski. No opinion. Judgment of the Municipal Court affirmed, with costs.

MANEY, Appellant, v. EWART et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Omah L. Maney against Phyllis M. Ewart and another. No opinion. Motion to dismiss appeal denied, with $10 costs.

In re MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. June 11, 1909.) In the matter of the Manhattan Railway Company. No opinion. Order affirmed. Order filed.

MANION, Respondent, v. RICHMOND ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Francis Manion, Jr., an infant, etc., against the Richmond Ice Company. No opinion. Motion for reargument denied, without costs. See, also, 117 N. Y. Supp. 353.

MARK, Respondent, v. BROADWAY BARGAIN HOUSE, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Harry Mark against the Broadway Bargain House. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re MARKS' WILL. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) In the matter of proving the last will and testament of Harriet L. Marks, deceased. No opinion. Decree unanimously affirmed, with costs. See, also, 128 App. Div. 775, 113 N. Y. Supp. 104.

MARTENS, Respondent, v. O'NEIL, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Henry Martens against Thomas F. O'Neil. No opinion. Motion for reargument denied, with costs. For former opinion, see 131 App. Div. 123, 115 N. Y. Supp. 260.

In re MARTIN. (Supreme Court, Appellate Division, First Department. June 18, 1909.) In the matter of Mary Martin, deceased.
PER CURIAM. Decree affirmed, without costs. Order filed. See, also, 124 App. Div. 793, 109 N. Y. Supp. 217.
McLAUGHLIN, J., dissents, on appeal of Caroline M. Robinson, on the question of interest.

MARTIN, Respondent, v. BAUER, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Elizabeth Martin against William H. Bauer.
PER CURIAM. Motion denied, without costs, on condition that the appeal be perfected within 10 days and the case placed at the foot of the present calendar; otherwise, motion to dismiss the appeal granted, with costs.